# Bankruptcy Credit Report™ | Premium



*Prepared for Brad Sadek*

| Report Type: Individual Premium BCR | Report Number: 4662071 | Client Code: S3813 | Reported Date: 04/27/2017 |
|---|---|---|---|

## 8-Year Supplemental National Bankruptcy Search — 0 Record(s)

| Court | Disposition | Date Filed | Obligation | Type | Docket | Plaintiff | Source |
|---|---|---|---|---|---|---|---|

## Liens and Judgments Search — 1 Record(s)

| Court | Disposition | Date Filed | Obligation | Type | Docket | Plaintiff | Defendant | Source |
|---|---|---|---|---|---|---|---|---|
| PHILADELPHIA COUNTY MUNI COURT | Unsatisfied | 2016-12-12 | $10,778 | Judgment | 1610275848 | Police And Fire Federal Union | MICHAEL ALEXANDER | LN |

## Public Records Search — 1 Record(s)

| Court | Disposition | Date Filed | Obligation | Type | Docket | Plaintiff | Defendant | Source |
|---|---|---|---|---|---|---|---|---|
| PHILADELPMUC | Unsatisfied | 2016-12-12 | $10,778 | Judgment | 1610275848 | POLICE AND FIRE FEDERA | | TU |

## Mortgage Liabilities with Balances — 1 Record(s)

| Account Details | Balance Details | Account Dates | Payment Details | Bankruptcy-Specific Address | Bureau Reported Address | Source |
|---|---|---|---|---|---|---|
| **Name:** Wells Fargo Hm Mortgag<br>**Type:** Individual / Applicant<br>**Account:** XXXXXXXXX6289<br>**Status:** Open, Current Account<br>Mortgage, FHA Real Estate Mortgage | **Current:** $157,913<br>**High Credit:** $170,848 | **Date Opened:** 07/2013<br>**Last Reported:** 04/07/2017<br>**Last Activity:** 04/03/2017 | **Monthly:** $1,282<br>**Past Due:** $0<br>**Pay History:** CCCCCCCCCCCC | | 8480 Stagecoach Cir<br>Frederick, MD 21701<br>800-288-3212 | TU, EX, EQ |

## Non-Mortgage Liabilities with Balances — 18 Record(s)

| Account Details | Balance Details | Account Dates | Payment Details | Bankruptcy-Specific Address | Bureau Reported Address | Source |
|---|---|---|---|---|---|---|
| **Name:** Discover Fin Svcs Llc<br>**Type:** Individual / Applicant<br>**Account:** XXXXXXXXXXXX5382<br>**Status:** Open, Charge Off for $14341 on 11/16<br>Revolving, Credit Card | **Current:** $14,341<br>**High Credit:** $14,341 | **Date Opened:** 07/2005<br>**Last Reported:** 04/16/2017<br>**Last Activity:** 06/05/2016 | **Monthly:** $431<br>**Past Due:** $14,341<br>**Pay History:** 99999654321C | Discover Financial<br>PO Box 3025<br>New Albany, OH 43054<br>800-347-5515<br>**Verified:** 06/2016 | Po Box 15316<br>Wilmington, DE 19850<br>800-347-2683 | TU, EX, EQ |

**Note:** Source represents who reported the specific account. **(TU = TransUnion, EQ = Equifax, EX = Experian, LN = LexisNexis).** For a full explanation of each category, see "How to read a tradeline" at the end of this report.



**Need assistance?** Call us at **1-866-218-1003** (Monday - Friday, 8am - 8pm ET)