UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Michael E. Alexander | : | Chapter 7 |
| Debtor | : | Case No.: 17-14508-mdc |

### ORDER GRANTING DEBTORS' MOTION TO OPEN AND AVOID JUDICIAL LIEN

AND NOW, this __8th__ day of __May__, 2019 upon consideration of the Motion of Michael E. Alexander to Open the instant Chapter 7 Bankruptcy matter and Avoid the Judicial Lien in favor of Highland Capital Corporation it is hereby;

ORDERED that the instant Chapter 7 Bankruptcy may be opened for the purposes of Avoiding the Judicial Lien held by Highland Capital Corporation, and;

IT IS FURTHER ORDERED that the Judicial Lien held in favor of Highland Capital Corporation on Debtor's real and/or personal property is VOIDED.

FURTHER ORDERED:

_____Magdeline D. C_____
J.