United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14508-mdc
Michael E. Alexander                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: May 09, 2019
                              Form ID: pdf900         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db          +Michael E. Alexander,   1008 Larkspur Street,   Philadelphia, PA 19116-2910
13945792    +Aes/pheaafrn,   Attn: Bankrupcy,   Po Box 2461,   Harrisburg, PA 17105-2461
13945797    +Aes/pnc Education Lo,   Po Box 61047,   Harrisburg, PA 17106-1047
14304310    +Andrew L. Unterlack,   Attorney for Highland Capital Corporatio,   1040 N Kings Highway,
              Suite 200,   Cherry Hill, NJ 08034-1925
13945799    +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
              S Louis, MO 63179-0040
13945800    +Citicards Cbna,   Citicorp Credit Svc/Centralized Bankrupt,   Po Box 790040,
              Saint Louis, MO 63179-0040
13945803    +Highland Capital Corporation,   5 Center Avenue,   Little Falls, NJ 07424-2224
13945805    +Police And Fire Fede,   901 Arch St,   Philadelphia, PA 19107-2495
13945808    +Second Round, LP,   Po Box 41955,   Austin, TX 78704-0033
13945810   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Mtr,    Toyota Financial Services,   Po Box 8026,
              Cedar Rapids, IA 52408)
13945811   ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
              Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov May 10 2019 02:40:46     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2019 02:40:12
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 10 2019 02:40:35     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 02:42:39     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13945790    +E-mail/Text: bankruptcynotice@1fbusa.com May 10 2019 02:40:03     1st Financial Bank USA,
              Attn: Bankruptcy,   Po Box 1200,   North Sioux City, SD 57049-1200
13945798     E-mail/Text: ebnbankruptcy@ahm.honda.com May 10 2019 02:40:29     American Honda Finance,
              Po Box 168088,   Irving, TX 75016
13945802     E-mail/Text: mrdiscen@discover.com May 10 2019 02:39:52     Discover Financial,   Po Box 15316,
              Wilmington, DE 19850
13946208    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2019 02:44:14
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13945804    +E-mail/Text: peretore@peretore.com May 10 2019 02:40:30     Peretore & Peretore, P.C.,
              191 Woodport Road,   Sparta, NJ 07871-2641
13945809     E-mail/Text: bankruptcy@td.com May 10 2019 02:40:25     TD Bank, N.A.,   Attn: Bankruptcy,
              32 Chestnut St,   Lewiston, ME 04243
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13945791*   +1st Financial Bank USA,   Attn: Bankruptcy,   Po Box 1200,   North Sioux City, SD 57049-1200
13945794*   +Aes/pheaafrn,   Attn: Bankrupcy,   Po Box 2461,   Harrisburg, PA 17105-2461
13945795*   +Aes/pheaafrn,   Attn: Bankrupcy,   Po Box 2461,   Harrisburg, PA 17105-2461
13945796*   +Aes/pheaafrn,   Attn: Bankrupcy,   Po Box 2461,   Harrisburg, PA 17105-2461
13945793*   +Aes/pheaafrn,   Attn: Bankrupcy,   Po Box 2461,   Harrisburg, PA 17105-2461
13945801*   +Citicards Cbna,   Citicorp Credit Svc/Centralized Bankrupt,   Po Box 790040,
              Saint Louis, MO 63179-0040
13945806*   +Police And Fire Fede,   901 Arch St,   Philadelphia, PA 19107-2495
13945807*   +Police And Fire Fede,   901 Arch St,   Philadelphia, PA 19107-2495
                                                                                         TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2           User: Virginia              Page 2 of 2              Date Rcvd: May 09, 2019
                               Form ID: pdf900             Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
          ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
           aaaronson@dilworthlaw.com,
           mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
          BRAD J. SADEK    on behalf of Debtor Michael E. Alexander brad@sadeklaw.com,   bradsadek@gmail.com
          ERIK L. COCCIA    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
           ecoccia@dilworthlaw.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Michael E. Alexander | : Chapter 7 |
| | : |
| Debtor | : Case No.: 17-14508-mdc |

### ORDER GRANTING DEBTORS' MOTION TO OPEN AND AVOID JUDICIAL LIEN

AND NOW, this  8th  day of  May , 2019 upon consideration of the Motion of Michael E. Alexander to Open the instant Chapter 7 Bankruptcy matter and Avoid the Judicial Lien in favor of Highland Capital Corporation it is hereby;

ORDERED that the instant Chapter 7 Bankruptcy may be opened for the purposes of Avoiding the Judicial Lien held by Highland Capital Corporation, and;

IT IS FURTHER ORDERED that the Judicial Lien held in favor of Highland Capital Corporation on Debtor's real and/or personal property is VOIDED.

FURTHER ORDERED:

_Magdeline D. C_____
                                        J.