UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Michael E. Alexander<br><br>    Debtor (s) | :<br>:<br>: Chapter 7<br>:<br>: Case No.: 17-14508MDC |

## CERTIFICATE OF SERVICE

I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Avoid Lien and Notice of Motion by Regular US Mail on all creditors and the following parties by regular US mail:

**Lynn E. Feldman**
Standing Chapter 7 Trustee
Feldman Law Offices, PC
221 N. Cedar Crest Blvd.
Allentown, PA 18104

Anne M. Aaronson
Dilworth Paxson, LLP
1500 Market Street
Suite 3500E
Philadelphia, PA 19102

Andrew L. Unterlack
Attorney for Highland Capital Corporation
1040 N. Kings Highway
Suite 200
Cherry Hill, NJ 08034

Dated: May 15, 2019

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107